IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiffs, <br><br> vs. <br><br> FREDDY HERNANDEZ JR., <br><br> Defendants. | 4:14CR3114 <br><br> **ORDER** |

Defendant has moved to modify his conditions of release, (filing no. 106), and reschedule his change of plea hearing, (filing no. 108). The motion to reschedule is unopposed. Based on the representations of counsel, the court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) Defendant's motion to reschedule, (filing no. 108), is granted.

2) The defendant's change of plea hearing will be held before the undersigned magistrate judge on January 25, 2016 at 1:00 p.m.. The defendant is ordered to appear at this hearing.

3) A hearing on the defendant's motion to modify conditions of release (filing 106) will also be held before the undersigned magistrate judge on January 25, 2016 at 1:00 p.m.

January 20, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge