IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiffs, | 4:14CR3114 |
| vs. | |
| FREDDY HERNANDEZ JR., | ORDER |
| Defendants. | |

IT IS ORDERED:

1) The defendant's motion to modify conditions of release (filing no. 106) is granted.

2) The defendant shall appear at his sentencing hearing scheduled for April 22, 2016 at 9:00 a.m.

3) The defendant shall comply with all terms and conditions of release entered on January 13, 2015 (filing no. 32), and the following additional conditions:
   a. Defendant shall live with his mother in Virginia.
   b. Upon arriving in Virginia, Defendant shall promptly report to his supervising officer in that state.

January 26, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge